IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

JANE SLEEPER, Administrator of the
Estate of Grant Rollins Sleeper, Deceased,

    Plaintiff,

v.              Case No.: 3:12-cv-441

CITY OF RICHMOND, VIRGINIA, *et al.*,

    Defendants.

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (ii), Plaintiff Jane Sleeper, Administrator of the Estate of Grant Rollins Sleeper, Deceased, and Defendants the City of Richmond, Virginia; C. T. Woody, Jr.; William Burnett; Michael Whitt; Ken McRae; James Pochkar; Kizzie Woodley; Alexander Jenkins; and Grady Perkins; by counsel, stipulate and agree to dismiss, WITH PREJUDICE, Defendants James Pochkar and Michael Whitt from the above-captioned matter.

ENTER: Dec 27, 2012

/s/
Henry E. Hudson
United States District Judge

I ASK FOR THIS:

Mark J. Krudys, Esq.
Michael G. Phelan, Esq.
Phelan | Krudys, PLC
Reynolds Crossing
6641 West Broad Street, Suite 102
Richmond, Virginia 23230
Phone: (804) 767-4815
Fax: (804) 767-4601
mkrudys@phelankrudys.com
mphelan@phelankrudys.com

RECEIVED DEC 26 2012 CLERK

Page 1 of 2

SEEN AND AGREED:

_____
Jeff W. Rosen, Esq.
Pender & Coward
222 Central Park Avenue
Virginia Beach, VA 23462
Phone: (757) 490-6253
Fax: (757) 497-1914
jrosen@pendercoward.com
*Attorney for Woody, Burnett, Whitt, McRae, Pochkar, Woodley, Jenkins and Perkins*

_____
David P. Corrigan, Esq.
Jeremy D. Capps, Esq.
Maurice S. Fisher, Jr., Esq.
Harman, Claytor, Corrigan & Wellman
P. O. Box 70280
Richmond, VA 23255
Phone: (804) 747-5200
Fax: (804) 747-6085
dcorrigan@hccw.com
jcapps@hccw.com
sfisher@hccw.com
*Attorneys for City of Richmond, Virginia*