IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JANE SLEEPER, ADMINISTRATOR OF
THE ESTATE OF GRANT ROLLINS
SLEEPER, DECEASED,

    Plaintiff,

v.                                                           Case No. 3:12cv441

CITY OF RICHMOND, VIRGINIA, C.T.
WOODY, JR., WILLIAM BURNETT, KEN
MCRAE, KIZZIE WOODLEY,
ALEXANDER JENKINS, GRADY
PERKINS, AND JOHN DOE,

    Defendants.

## STIPULATION OF DISMISSAL OF THE CITY OF RICHMOND

NOW COMES the Plaintiff, Jane Sleeper, Administrator of the Estate of Grant Rollins Sleeper, deceased, and Defendant City of Richmond, by counsel, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, represent to the Court that Plaintiff agrees and stipulates that this action shall be dismissed with prejudice as to Defendant City of Richmond only, and that neither party shall be regarded as a prevailing party in this action for any purpose, and that each party shall bear their own costs and attorney fees incurred in this action.

A settlement conference was conducted by the Court on March 11, 2013 wherein Plaintiff made a settlement demand upon the City of Richmond and a Memorandum of Understanding was executed. On March 13, 2013, pursuant to the terms of the Memorandum of Understanding, the City of Richmond accepted Plaintiff's settlement demand and an agreement was reached. Plaintiff's decedent, Grant Rollins Sleeper, had the following statutory beneficiaries, all of whom have agreed to the terms of the settlement agreement and release: Jane Sleeper, Christine Fernald

Sleeper, Anthony Raymond Sleeper, Jonathan Arthur Sleeper, Raymond Starrett Sleeper, and Harry Arthur Sleeper, II (collectively referred to hereinafter as, "the Statutory Beneficiaries").

Upon agreement of Plaintiff, the Statutory Beneficiaries, and the City of Richmond, the settlement between Plaintiff and the Defendant City of Richmond is hereby approved and Plaintiff's claims against the City of Richmond are hereby dismissed with prejudice. The foregoing dismissal does not affect Plaintiff's claims against Defendants C.T. Woody, Jr., William Burnett, Ken McRae, Kizzie Woodley, Alexander Jenkins, and Grady Perkins (the "Sheriff's Office Defendants"). Plaintiff's claims against the Sheriff's Office Defendants remain active.

IT IS SO ORDERED.

ENTER: April / 9 / 2013

/s/
Henry E. Hudson
United States District Judge

WE ASK FOR THIS:

David P. Corrigan (VSB No. 26341)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200
804-747-6085 – facsimile
*Counsel for Defendant, City of Richmond*

_____
Mark J. Krudys, Esq. (VSB No. 30718)
Phelan Krudys Petty, PLC
Reynolds Crossing
6641 West Broad Street, Suite 102
Richmond, VA 23230
*Counsel for Plaintiff, Jane Sleeper, Administrator of the Estate of Grant Rollins Sleeper, Deceased*

_____
Donna Miller Rostant, Esq.
Jones & Rostant, P.C.
11150 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
*Counsel for Plaintiff, Jane Sleeper, Administrator of the Estate of Grant Rollins Sleeper, Deceased*