IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| JANE SLEEPER, ADMINISTRATOR OF THE ESTATE OF GRANT ROLLINS SLEEPER, Deceased,<br>    Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND, VIRGINIA, *et al.*,<br>    Defendants. | CIVIL NO. 3:12cv441 |

## ORDER

This matter is before the Court for resolution of a non-dispositive matter pursuant to 28 U.S.C. § 636(b)(1)(A) on the Plaintiff's Motion for Leave to Take Additional Depositions (ECF No. 188). The Court held a hearing on the matter on June 7, 2013. For the reasons stated from the bench, Plaintiff's Motion for Leave to Take Additional Depositions is GRANTED in part and DENIED in part.

The motion is GRANTED to the extent that Plaintiff may depose Shon Overby, but the deposition must occur no later than Wednesday, June 19, 2013. If Plaintiff needs to amend the report of his expert, Anthony Callisto, as a result of the deposition of Mr. Overby, Plaintiff must do so within 24 hours after the conclusion of the Overby deposition. Defendants may then re-depose Mr. Callisto, but the deposition must occur no later than Wednesday, June 26, 2013. All other relief sought by Plaintiff in her Motion for Leave to Take Additional

Depositions (ECF No. 188) is DENIED.

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED.

_____/s/_____
David J. Novak
United States Magistrate Judge

Richmond, Virginia
Dated: <u>June 7, 2013</u>