IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISON

JANE SLEEPER, Administrator of the
Estate of Grant Rollins Sleeper,

        Plaintiff,

v.

CITY OF RICHMOND, VIRGINIA, et al.,

        Defendants.

Case No.: 3:12-cv-441

## PETITION FOR APPROVAL OF A WRONGFUL DEATH SETTLEMENT

Defendant C.T. Woody, Jr. ("Sheriff Woody"), with the consent of all parties, hereby moves this Court to approve a compromise settlement pursuant to Virginia Code § 8.01-55 of all claims against Defendants, their agents, employees and representatives of whatever nature, including all claims pursuant to Virginia Code § 8.01-50, that the Plaintiff may have arising out of the death of Grant Sleeper.

WHEREFORE pursuant to the Virginia Code § 8.01-55, Sheriff Woody petitions this Court to approve the settlement that the parties have reached in this matter and apportion the settlement amount according to the law; and that the Court dismiss with prejudice all claims arising from the death of Grant Sleeper against Defendants, their employees, agents, servants, insureds, and representatives.

        Respectfully Submitted,

          /s/
        C. T. WOODY, JR.


Jeff W. Rosen, Esquire
Virginia Bar No. 22689
*Attorney for C. T. Woody, Jr.*
Pender & Coward
222 Central Park Avenue
Virginia Beach, Virginia 23462
Phone: (757) 490-6253
Fax: (757) 497-1914
Email: jrosen@pendercoward.com

Lisa Ehrich, Esquire
Virginia Bar No. 32205
*Attorney for C. T. Woody, Jr.*
222 Central Park Avenue
Virginia Beach, Virginia 23462
Phone: (757) 490-6253
Fax: (757) 497-1914
Email: lehrich@pendercoward.com

Jeffrey A. Hunn, Esquire
Virginia Bar # 45487
*Attorney for C. T. Woody, Jr.*
Pender & Coward
222 Central Park Avenue
Virginia Beach, Virginia 23462
(757) 490-6253
(757) 497-1914
jhunn@pendercoward.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 24th day of July, 2013, I will electronically file the foregoing *Petition for Approval of a Wrongful Death Settlement* with the Clerk of the Court using the CM/EMF system, which will then send a notification of such filing (NEF) to the following:

           Mark J. Krudys, Esq.
           Michael G. Phelan, Esq.
           Phelan Krudys Petty, PLC
           Reynolds Office Building
           6641 West Broad Street, Suite 102
           Richmond, Virginia 23230
           Phone: (804) 980-7100
           Fax: (804) 767-4601
           mkrudys@pkpfirm.com
           mphelan@pkpfirm.com

Donna Miller Rostant, Esq.
Ann LaCroix Jones, Esq.
Jones & Rostant, P.C.
11150 Fairfax Blvd., Suite 400
Fairfax, Virginia 22030
Phone (703)-352-0522
Fax: (703) 352-0544
donna.rostant@jonesrostant.com
*Attorneys for Plaintiff*

William Tunner, Esq.
Thompson McMullan, P.C.
100 Shockoe Slip
Richmond, VA 23219
*Attorney for Defendant Burnett*

William Etherington, Esq.
Leslie Winneberger, Esq.
Beale, Davidson, Etherington & Morris, P.C.
701 E. Franklin Street, Suite 1200
Richmond, VA 23219
*Attorneys for Defendant McRae*

Carlene Booth Johnson, Esq.
Perry Law Firm
262 Chellowe Road
Dillwyn, VA 23936
*Attorney for Defendant Woodley*

Alex Francuzenko, Esq.
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, Virginia 22030
*Attorney for Defendant Jenkins*

James M. Bowling, Esq.
St. John, Bowling, Lawrence & Quagliana, LLP
416 Park Street
Charlottesville, VA 22902
*Attorney for Defendant Perkins*

                          /s/
Jeff W. Rosen, Esquire
Virginia Bar No. 22689
*Attorney Defendants C. T. Woody, Jr.*
Pender & Coward, P.C.
222 Central Park Avenue
Virginia Beach, VA 23462
(757) 490-3000/(757) 497-1914
jrosen@pendercoward.com