IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| JANE SLEEPER, ADMINISTRATOR OF THE ESTATE OF GRANT ROLLINS SLEEPER, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3:12CV441–HEH |
| CITY OF RICHMOND, VIRGINIA, *et al.*, | ) ) | |
| Defendants. | ) | |

ORDER
(Granting Motion to Seal)

THIS MATTER is before the Court on Defendant C.T. Woody, Jr.'s Motion to Seal (ECF No. 209), seeking to seal the Final Order in this case and certain documents appended thereto. The Court held a hearing on the matter on August 2, 2013. For the reasons stated from the bench, the Court found that the Motion to Seal meets the standards set forth in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000). Accordingly, the Motion to Seal is GRANTED.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is SO ORDERED.

_____/s/_____
Henry E. Hudson
United States District Judge

Date: Aug 2, 2013
Richmond, Virginia